UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

UNITED STATES OF AMERICA,

    - v. -

PHILLIP R. BENNETT, ROBERT C. TROSTEN,
and TONE N. GRANT,

              Defendants.

-----------------------------------x

**MEMORANDUM**

05 CR 1192(NRB)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/30/07]

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    I have signed the restraining order submitted by the government relating to certain assets of defendants Robert Trosten and Tone Grant. Our research supports the government's position that such orders can be secured *ex parte*. However, I recognize the caselaw suggests bases upon which a defendant can challenge such a restraining order. Should there come a time when a defendant believes that he has a basis to challenge the restraining order and a resolution cannot be worked out between that defendant and the government, we will, of course, entertain an appropriate motion.

DATED:    New York, New York
            March 29, 2007

                              */s/ Naomi Reice Buchwald*
                              NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been faxed and mailed on this date to the following:

Counsel for United States:
David Esseks, Esq.
Assistant United States Attorney
One Saint Andrew's Plaza
New York, NY   10007

Counsel for Defendant Bennett:
Gary Naftalis, Esq.
David Frankel, Esq.
Darren LaVerne, Esq.
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY   10036

Counsel for Defendant Trosten:
Robert G. Morvillo, Esq.
Christopher J. Morvillo, Esq.
Morvillo, Abramowitz, Grand, Iason & Silverberg
565 Fifth Avenue
New York, NY   10017

Counsel for Defendant Grant:
Roger Zuckerman, Esq.
Aitan Goelman, Esq.
Norman L. Eisenman, Esq.
Zuckerman Spaeder LLP
1800 M Street, N.W.
Washington, DC 20036